■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v DOROTHY KING, Respondent. [636 NYS2d 695] —Order unanimously affirmed for reasons stated in decision at Onondaga County Court, Brandt, J. (Appeal from Order of Onondaga County Court, Brandt, J.—Reduce Indictment.) Present—Green, J. P., Pine, Fallon, Callahan and Doerr, JJ.

■ THOMAS H. COOPER et al., Appellants, v ARLENE R. CURTISS et al., Respondents. [636 NYS2d 695] —Order unanimously affirmed without costs for reasons stated at Supreme Court, Murad, J. (Appeal from Order of Supreme Court, Oneida County, Murad, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Doerr, JJ.